

**12-CV-05065-CMP**

FILED _____ LODGED
_____ RECEIVED

JAN 26 2012

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

Bobby J. Caudill

                     Plaintiff,

and

United States

                     Defendant.

**No. CV12 5065 RBL**

**Complaint
(MTAF)**

## Parties to this Complaint

**Plaintiff**
Bobby J. Caudill
P. O. Box 182
Kapowsin, WA  98344
253-720-5834

**Defendant**
United States
Department of the Treasury

**Jurisdiction**

This case involves a dispute over federal tax collection.  The federal court has jurisdiction of federal tax controversies. The plaintiff resides in the Pierce County, State of Washington.

**Statement of Claims**

1. The Department of the Treasury  via The Internal Revenue Service has unlawfully imposed a lien against the petitioner, Bobby J. Caudill, for liability of income taxes, which have not been assessed against him for fifteen percent of his monthly social security benefits since January 2005, contrary to 26 USCS § 6201, 26 USCS § 6203, 26 USCS § 6330, and 26 USCS § 6331

*Complaint - Page 1 of 2*

ORIGINAL

## Relief

1.   Since the law requires an assessment of liability for taxes prior to the imposition of liens, levies, or collection for said liability, and there has been no assessment of such liability, the imposition of the lien for taxes not assessed is contrary to law, and an injunction against the lien for liability of taxes not assessed against Bobby J. Caudill by the Department of the Treasury via The Internal Revenue Service is necessary to enjoin the lien against Bobby J. Caudill for all such liability not assessed against Bobby J. Caudill.

2.   Reimbursement of all monies unlawfully levied against Bobby Caudill since January 2005 in the amount of $25,000, plus the cost of the action.

3.   General and Special Damages for unlawful collection of taxes according to the law.

Signed at (city) _KENT_ , (state) _WA._ on (date) _1-20-12_

_Bobby J Caudill_

Signature of Plaintiff

_Bobby J Caudill_

Print or Type Name